IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


DASCO CATTLE COMPANY,

                2:23-cv-00252-KG-KRS

    Plaintiff,

v.

GOODNIGHT MIDSTREAM PERMIAN, LLC,

    Defendant.


<u>ORDER TO REMAND</u>

   This matter comes before the Court on Defendant Goodnight Midstream Permian, LLC's unopposed motion to remand this matter to the Fifth Judicial District Court for the County of Lea, State of New Mexico (Doc. 3). The Court, having reviewed the motion, noting that the motion is unopposed, and being otherwise fully advised in the premises, finds that the motion is supported by good cause and is hereby GRANTED.

   1.  This matter is hereby remanded to the Fifth Judicial District Court for the County of Lea, State of New Mexico.

   2.  The Court hereby declines to award fees or costs with respect to removal or remand.


_____
UNIETED STATES DISTRICT JUDGE

Submitted by:

**HOLLAND & HART LLP**

      */s/ John C. Anderson*
By: _____
John C. Anderson
Nathan R. Jurgensen
110 N. Guadalupe, Suite 1
Post Office Box 2208
Santa Fe, New Mexico 87504-2208
TEL:   (505) 988-4421
FAX:   (505) 983-6043
jcanderson@hollandhart.com
nrjurgensen@hollandhart.com
*Counsel for Defendant*

Approved by:

Richard E. Olsen
A. Paige Taylor
**HINKLE SHANOR LLP**
P.O. Box 10
Roswell, NM 88202-0010
TEL: 575-622-6510
FAX: 575-623-9332
rolson@hinklelawfirm.com
ataylor@hinklelawfirm.com
*Counsel for Plaintiff*